# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7141**                  **September Term, 2024**

1:24-cv-00147-APM

**Filed On: September 26, 2024** [2077015]

Media Matters for America and Eric Hananoki,

        Appellees

    v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas and Andrew Bailey, in his official capacity as Attorney General of the State of Missouri,

        Appellants

## O R D E R

The notice of appeal was filed on September 20, 2024, and docketed in this court on September 26, 2024. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Due Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 28, 2024 |
| Docketing Statement Form | October 28, 2024 |
| Entry of Appearance Form (Attorneys Only) | October 28, 2024 |
| Procedural Motions, if any | October 28, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 28, 2024 |
| Statement of Issues to be Raised | October 28, 2024 |
| Transcript Status Report | October 28, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | October 28, 2024 |
| Dispositive Motions, if any | November 12, 2024 |

It is

    **FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 28, 2024 |
| Entry of Appearance Form (Attorneys Only) | October 28, 2024 |
| Procedural Motions, if any | October 28, 2024 |
| Dispositive Motions, if any | November 12, 2024 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                              BY:    /s/
                                         Erica M. Thorner
                                         Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form
    Request to Enter Appellate Mediation Program (Optional)
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases (Optional)