# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

MEDIA MATTERS FOR AMERICA, AT AL.,

*Plaintiffs-Appellees*

v.

ANDREW BAILEY, IN HIS OFFICIAL CAPACITY AS
ATTORNEY GENERAL OF THE STATE OF MISSOURI

*Defendant-Appellant*

On Appeal from the
United States District Court for the District of Columbia
Case No. 1:24-cv-00147
Hon. Amit P. Mehta

## UNOPPOSED MOTION FOR EXTENSION

Defendant-Appellant Attorney General Bailey respectfully requests a ten-day extension of all filings in this appeal to accommodate the parties' efforts to reach a settlement in this matter. Counsel for Attorney General Bailey has conferred with counsel for Plaintiffs-Appellees, and they do not oppose this motion. In support of this motion, Defendant states as follows:

1. On August 22, 2024, the district court below granted Plaintiffs' Motion for Preliminary Injunction, barring Attorney General Bailey "from enforcing the

Civil Investigative Demand (CID) issued on March 25, 2024, and prosecuting the Petition filed in the Cole County, Missouri Circuit Court against Media Matters on the same day." ECF 70, at 1.

2. On September 20, 2024, Attorney General Bailey timely filed a notice of appeal in the district court, ECF 74, which was transmitted to this Court on September 23, 2024, ECF 76.

3. On September 26, 2024, this Court entered an Order, directing parties to file initial documents on October 28, 2024, including "Procedural Motions, if any."

4. On October 28, 2024, Attorney General Bailey filed an unopposed motion to expedite his appeal, requesting that the Court issue a briefing schedule consistent with the Federal Rules of Appellate Procedure, and "schedule argument for the first available date after close of briefing." The motion requested "that no briefing extensions be permitted in this case absent extraordinary circumstances."

5. On October 30, 2024, the Court granted Attorney General Bailey's motion, and set a briefing schedule. That schedule directed: i) Attorney General Bailey to file his Brief and Appendix on December 10, 2024; ii) Plaintiffs to file their Brief on January 9, 2025; and iii) Attorney General Bailey to file his Reply Brief on January 30, 2025.

6. Over the last week, the parties have met and conferred about the possibility of settlement. As those discussions are ongoing, the parties agree that a brief, ten-day extension of all filings in this appeal would facilitate further settlement discussion and would not hinder the parties' efforts to expedite this appeal if no settlement is reached.

## CONCLUSION

Defendant-Appellant Attorney General Bailey respectfully requests the Court grant the unopposed motion for a ten-day extension of all briefing deadlines.

Date: December 9, 2024

Respectfully submitted,

Andrew Bailey
Attorney General of Missouri

/s/ *Joshua M. Divine*
Joshua M. Divine
Solicitor General

Jeremiah J. Morgan
Deputy Attorney General – Civil
Reed C. Dempsey
Deputy Solicitor General

Office of the Attorney General
Supreme Court Building
207 West High Street
P.O. Box 899
Jefferson City, Missouri 65102
Tel. (573) 751-1800
Fax (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for Defendant Missouri Attorney General*

**CERTIFICATE OF SERVICE & COMPLIANCE**

Under Fed. R. App. P. 32(g)(1), I hereby certify that Defendant-Appellant Andrew Bailey's Unopposed Motion to Extension complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the Motion contains 338 words.

I further certify that the Motion complies with the typeface requirements of Fed. R. App. P. 27(d)(1)(E) because the Motion was prepared in a proportionally-spaced typeface using Microsoft Word 2016 in 14 pt. Times New Roman font.

/s/ *Joshua M. Divine*
Counsel for Missouri Attorney General