| | |
|---|---|
| **No. 24-7141** | **September Term, 2024** |
| | 1:24-cv-00147-APM |
| | Filed On: January 17, 2025 [2094825] |

Media Matters for America and Eric Hananoki,

       Appellees

       v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

       Appellee

Andrew Bailey, in his official capacity as Attorney General of the State of Missouri,

       Appellant

## O R D E R

Upon consideration of appellee's second unopposed motion for extension of time, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellees' Brief | February 14, 2025 |
| Appellant's Reply Brief | March 7, 2025 |

       **FOR THE COURT:**
       Clifton B. Cislak, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk