No. 24-7141

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MEDIA MATTERS FOR AMERICA, *et al.*,
*Plaintiffs-Appellees*,

v.

MISSOURI ATTORNEY GENERAL ANDREW BAILEY,
*Defendant-Appellant.*

Appeal from the United States District Court for the District of Columbia, Hon. Amit P. Mehta, No. 24-cv-00147

**APPELLANT'S MOTION TO DISMISS APPEAL**

Pursuant to Rule 42 of the Federal Rules of Appellate Procedure, Defendant-Appellant Attorney General Andrew Bailey hereby moves to dismiss his appeal following settlement of the underlying claims by Plaintiffs-Appellees in the United States District Court for the District of Columbia. Each party will bears its own fees and costs associated with this appeal. This motion is unopposed. A copy of the settlement is attached.

Respectfully submitted,

**ANDREW T. BAILEY**,
Attorney General

/s/ *Joshua M. Divine*
Joshua M. Divine
  Solicitor General
Reed C. Dempsey
  *Deputy Solicitor General*
Office of the Attorney General
207 West High St.
Jefferson City, MO 65101
Phone: (573) 751-8870
Josh.Divine@ago.mo.gov
Reed.Dempsey@ago.mo.gov

*Counsel for Appellant-Defendant
Attorney General of Missouri
Andrew Bailey*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 65 words, according to the count of Microsoft Word 2016. The motion complies with Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) because it has been prepared in 14-point Century Schoolbook font, a proportionally-spaced typeface.

*/s/ Joshua M. Divine*
Joshua M. Divine

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing brief was electronically filed on February 11, 2025, using the Court's CM/ECF system and that service was accomplished upon counsel of record by the Court's system.

*/s/ Joshua M. Divine*
Joshua M. Divine
