# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-7141** | **September Term, 2024** |
| | 1:24-cv-00147-APM |
| | Filed On: February 13, 2025 [2100627] |

Media Matters for America and Eric Hananoki,

      Appellees

      v.

Warren Kenneth Paxton, Jr., in his official capacity as Attorney General of the State of Texas,

      Appellee

Andrew Bailey, in his official capacity as Attorney General of the State of Missouri,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to dismiss the appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                    BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk